UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DARRYL BAKER,

                 Plaintiff,                         CIVIL ACTION NO. 09-10360

              v.                            DISTRICT JUDGE NANCY G. EDMUNDS

BANNUM PLACE OF SAGINAW,      MAGISTRATE JUDGE MARK A. RANDON
LaTOYA BURNSIDE, DOROTHY
JONES, CLAIRINET McFADDEN,
VERTRICE ROBY, MR. LYONS,
MARK A. CUNEEN, JODY BRADELY,
HENRY HOBSON and MS. FRIERSON,

                 Defendants.

_____/

## OPINION AND ORDER REGARDING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

       Plaintiff, a former halfway house resident at Bannum Place of Saginaw, filed this action

stating claims cognizable under 42 U.S.C. § 1983. On March 18, 2009, Plaintiff filed a Motion

For Leave to File Second Amended Complaint (Dkt. #5). On July 22, 2009, Plaintiff's case was

referred to the undersigned for all pretrial proceedings pursuant to 28 U.S.C. §636(b)(1)(A). For

the following reasons, IT IS ORDERED that Plaintiff provide this Court with a proposed

amended complaint (with proposed changes clearly marked).

**Opinion**

       Under Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course

before being served with a responsive pleading.  Since Defendants have not yet been served,

Plaintiff may be entitled to amend his complaint. However, leave to amend may always be denied if the proposed amendment is futile. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Due to the fact that Plaintiff failed to submit a copy of his proposed amended complaint with his motion in accordance with E.D. Mich. L. R. 15.1, or fully explain in his motion how he wishes to amend his complaint, the undersigned cannot make a determination on Plaintiff's motion for leave to amend. Accordingly, Plaintiff is ordered to submit his proposed amended complaint on or before August 14, 2009, so that the Court may determine whether the proposed amendment(s) can be allowed. Plaintiff's proposed amended complaint shall be clearly marked to delineate where changes have been proposed to be made from the original complaint.

Accordingly, IT IS ORDERED that Plaintiff shall submit a pleading titled "Proposed Amended Complaint" on or before August 14, 2009, with all proposed changes clearly delineated, or this motion will be deemed dismissed.

SO ORDERED.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: July 30, 2009

Certificate of Service

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, July 30, 2009, by electronic and/or ordinary mail.

S/Melody R. Miles
Case Manager, (313) 234-5540

- 2 -