UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darryl Baker, #19613039,

       Plaintiff,                                  Case No. 09-10360

v.                                                                  Hon. Nancy G. Edmunds

Bannum Place of Saginaw, Latoya Burnside,
Dorothy Jones, Clairnet McFadden,
Vertrice Roby, Mr. Lyons, Mark A. Cuneen,
Jody Bradely, Henry Hobson and Ms. Frierson,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for judgment [#33] is DENIED, and Defendant's motion to dismiss [#39] is DENIED.

SO ORDERED.

                                                  s/Nancy G. Edmunds
                                                  Nancy G. Edmunds
                                                  United States District Judge

Dated: November 17, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 17, 2010, by electronic and/or ordinary mail.

                                                  s/Carol A. Hemeyer
                                                  Case Manager